

# Fourth Court of Appeals
## San Antonio, Texas

September 23, 2022

No. 04-22-00407-CR

Michael **HORNADAY,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 11, Bexar County, Texas
Trial Court No. 637583
Honorable Michael Keasler, Judge Presiding

# O R D E R

On August 1, 2022, the court reporter responsible for preparing the reporter's record in this appeal filed a notification of late record, stating that appellant had failed to pay or make arrangements to pay the fee for preparing the reporter's record. On August 5, 2022, we ordered appellant to provide written proof to this court no later than August 15, 2022, that the reporter's fee had been paid or arrangements had been made to pay the reporter's fee. We further ordered that if appellant failed to file written proof regarding the reporter's fee within the time provided, appellant's brief would be due on or before September 6, 2022. Despite our August 5, 2022 order, appellant has failed to file any written proof regarding the reporter's fee or appellant's brief.

On September 13, 2022, appellant's attorney informed the clerk of this court that he planned to file a motion to dismiss this appeal on appellant's behalf. However, as of this date, no such motion has been filed.

We, therefore, ORDER appellant's attorney to file appellant's brief or an appropriate response on or before **October 7, 2022**. If appellant's attorney fails to file a brief or a response by that date, we will abate this appeal to the trial court for an abandonment hearing. TEX. R. APP. P. 38.8(b)(2).

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of September, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court